**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**RONALD DURHAM**                                                                 **PLAINTIFF**

**v.**                                                    **No. 2:07CV145-P-S**

**COAHOMA COUNTY SHERIFF'S DEPARTMENT, ET AL.**       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 27th day of July, 2009.

                                                                            /s/ W. Allen Pepper, Jr.
                                                                            W. ALLEN PEPPER, JR.
                                                                            UNITED STATES DISTRICT JUDGE